Case 1:21-mj-00100-RMM Document

Case: 1:21-mj-00100
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/17/2021
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

I am a Special Agent with the Federal Bureau of Investigation and I am assigned to the Washington Field Office's securities fraud squad, which has investigative responsibility for economic crimes. I have also been assigned to the FBI's Minneapolis Field Office and to the FBI Headquarters' Criminal Investigative Division. During my career as a Special Agent, I have conducted over 200 cases as the lead investigator. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws. The facts and information contained in this affidavit are based upon my personal knowledge as well as the observations of other agents involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause for this application. This affidavit does not include each and every fact observed by me or known by the government.

The U.S. Capitol is secured 24 hours a day by the U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the U.S. Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and the U.S. Capitol Police were present and attempting to keep the crowd away from the U.S. Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the U.S. Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the U.S. Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

In November 2020, a Facebook account with display name Rasha Abu participated in Facebook and Telegram group chats involving the New Jersey chapter of the American Patriot 3%. In the Facebook chat, user Rasha Abu advised the revolution will start not by standing by but by standing up. In addition, she advised civil war is coming and they need to show support, and rise up and fight for our Constitution. Open Source research identified an individual named Rasha Abual-Ragheb, residing at a specific address in New Jersey, as the possible user of the Facebook account. As part of the FBI's assessment of Rasha Abual-Ragheb, she was interviewed. During the interview, she advised she was a Trump supporter, attended Trump rallies, and was blocked from making posts on Facebook and Twitter for pro-Trump postings. Additionally, Rasha Abual-Ragheb advised she was born in Lebanon and fled to Jordan when she was a child due to the civil war there. She further advised that she has lived in the United States for 21 years and she provided the interviewing agents with her telephone number.

Open source research revealed a name variant of Rasha Abu. A driver's license photo obtained through the New Jersey Motor Vehicle Commission for Rasha Abual-Ragheb was a match for the profile pic of the Facebook account provided by Confidential Human Source #1 (CHS 1).

In addition, FBI Newark Division (FBI Newark) recently obtained, through legal process, records associated with the Facebook account with the display name Rasha Abu. The Facebook records link the Rasha Abu account to the same phone number that Rasha Abual-Ragheb provided the interviewing agents in November of 2020. FBI Newark also recently obtained, through legal process, records associated with the phone number provided by Rasha Abual-Ragheb, which confirmed Rasha Abual-Ragheb was in fact the subscriber.

On January 7, 2021, CHS 1 reported to the FBI Philadelphia Division (FBI Philadelphia) that he/she observed Rasha Abual-Ragheb's Facebook page (display name Rasha Abu) showing Rasha Abual-Ragheb at the protest in Washington, DC on January 6, 2021 (attachment 1). A post made by Rasha Abual-Ragheb on the Facebook page revealed she checked into the Kimpton George Hotel (attachment 2). In another Facebook post (attachment 3), Rasha Abual-Ragheb posted the following: "Just left Dc… I got tear gas, paper spray!!! But I was part of the history. We the people won't take it anymore. Antifa were between us, i and other MAGA people told Dc police, get that Antifa they didn't do anything. He had black metal chair... The police would order to use full force on us from the beginning when we start marching to the capital, the use teargas

2

and pepper spray and rubber bullet, they shot the woman that was standing peacefully without a a weapon, they hit women's kids. They hit people with the pat metal one."

On January 6, 2021, Confidential Human Source #2 (CHS 2) advised the FBI Philadelphia that on the night of January 6, 2021, CHS 2 encountered a woman on the sidewalk of the Kimpton George Hotel in Washington D.C. dressed in distinct clothing and making a scene (attachment 4, which was photo taken by CHS). The woman on the sidewalk identified herself as "Rasha," admitted to being in the U.S. Capitol, and showed CHS 2 a picture of herself in the building (attachment 5). CHS 2 further reported Rasha Abual-Ragheb said she was in the U.S. Capitol and saw a woman get shot.

On January 12, 2021, attachment 5, a photo of Rasha in the U.S. Capitol, was provided to U.S. Capitol Police Officer Mark Smoot, who is detailed to the U.S. Capitol Police First Responders Unit (FRU). The FRU is a unit assigned to the U.S. Capitol building itself. Officer Smoot advised he was certain the provided picture was taken inside of the U.S. Capitol building. Officer Smoot further advised the background in the picture appeared to be taken inside the first floor on the Senate side of the U.S. Capitol building. The archway and white shutters in the picture made him certain this picture was taken inside the U.S. Capitol. Officer Smoot provided pictures of the location from inside the U.S. Capitol building described herein (attachment 6), which depict the same molding, archway, and white shutters as the picture provided by the CHS 2 (attachment 5).

Based on the foregoing, your affiant submits that there is probable cause to believe that Rasha Abual-Ragheb violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Rasha Abual-Ragheb violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Special Agent Ronald E. Miller
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of January 2021.

_____
Robin M. Meriweather
U.S. MAGISTRATE JUDGE

Attachment 1



Attachment 2



Attachment 3



Attachment 4



Attachment 5



Attachment 6



